John J. FURGIELE, Plaintiff-Appellant, v. DISABLED AMERICAN VETERANS SERVICE FOUNDATION, Defendant-Respondent.

No. 43, Docket 22704.

United States Court of Appeals Second Circuit.

Argued Oct. 9, 1953.

Decided Oct. 21, 1953.

Before CHASE, Chief Judge, and CLARK and FRANK, Circuit Judges.

James S. Regan, Jr., Stanley Faulkner, New York City, for plaintiff-appellant.

Procter, Smith & Harding, New York City, Arthur W. Procter, New York City, of counsel, for defendant-respondent.

PER CURIAM.

Judgment affirmed on opinion below, D.C., 116 F.Supp. 375.

Alfred W. BARBER and Evelyn A. Barber, Petitioners

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 81, Docket 22748.

United States Court of Appeals Second Circuit.

Argued Nov. 5, 1953.

Decided Nov. 19, 1953.

Corcoran & Kostelanetz, New York City, Boris Kostelanetz, New York City, Donal C. Noonan, Baldwin, N. Y., Jules Ritholz, New York City, of counsel, for petitioners.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, L. W. Post, Sp. Assts. to Atty. Gen., for respondent.

Before CHASE, Chief Judge, CLARK, Circuit Judge, and BRENNAN, District Judge.

PER CURIAM.

Decision affirmed on the opinion below. 19 T.C. 600.

UNITED STATES of America ex rel. James DONALDSON, Relator-Appellant, v. WARDEN OF ATTICA STATE PRISON, ATTICA, NEW YORK, Respondent-Appellee.

No. 123, Docket 22898.

United States Court of Appeals Second Circuit.

Argued Nov. 9, 1953.

Decided Nov. 25, 1953.

James Donaldson, pro se, Florence Kelley, New York City, for relator-appellant.

Nathaniel Goldstein, Atty. Gen., Vincent Marsicano, New York City, for respondent-appellee.

Before SWAN, FRANK and MEDINA, Circuit Judges.

PER CURIAM.

This is an appeal from the dismissal of a writ of habeas corpus on the relation of a prisoner at Attica State Prison who is serving a sentence imposed in a state court in 1949. The appellant was allowed to appeal *in forma pauperis*, on typewritten papers, and has acted as his own attorney. The respondent has filed no written brief. We have examined the record and are content to affirm the judgment on the opinion of Judge Burke.